**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEVIN ALEJANDRO MESINA-RUELAS,<br><br>　　　　Defendant | Case No.: 17cr552 WQH_____<br><br>JUDGMENT AND ORDER DISMISSING INFORMATION |

　　Based upon the Motion filed by the United States, it is hereby ORDERED that the Information against KEVIN ALEJANDRO MESINA-RUELAS is dismissed without prejudice.

　　It is further ORDERED that the Motion/Trial Setting date of April 10, 2017 at 2:00 p.m. is vacated as to this defendant only.

Dated: March 28, 2017

　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court